FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUL 22 2005

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

DENNIS FULTS                       PETITIONER

VS.              CASE NO. 2:05CV00091 GH

LINDA SANDERS, Warden,
FCI, Forrest City, Arkansas               RESPONDENT

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Henry L. Jones, Jr. After careful review of the findings and recommendations and the timely objections received thereto, as well as a <u>de novo</u> review of the record, the Court concludes that the findings and recommendations should be, and are hereby, approved and adopted as this Court's findings in all respects in their entirety. Judgment shall be entered accordingly.

SO ORDERED this 22 day of July, 2005.

_____
UNITED STATES DISTRICT JUDGE