IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

DENNIS FULTS                                                                                    PETITIONER

Case Number: **2:05CV00091GH**

LINDA SANDERS, WARDEN                                                            RESPONDENT

## ORDER

The government is directed to respond to the second motion for show cause order within seven calendar days of this Order.

IT IS SO ORDERED this 10th day of August, 2005.

_____
UNITED STATES DISTRICT JUDGE